CHARLES FRANK, Appellant, v. BERTHA LOGAR and Another, Respondents.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion for a preference granted. On the facts shown, the denial of a prefer-

ence was not a proper exercise of discretion. Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent.